UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUL 1 3 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case Number: 05-291 |
| GERARDO VASQUEZ | § § | |

## INDICTMENT

The Grand Jury charges that:

### Count One

On or about June 11, 2005 within the Southern District of Texas and elsewhere,

**GERARDO VASQUEZ,**

defendant herein, knowing and in reckless disregard of the fact that Teolinda Cruz, Emir Maldonado, Eddy Aramis Orozoco, Eric Argueta and Romeo Esteban had come to, entered, and remained in the United States in violation of law, did knowingly transport, move, attempt to transport, and attempt to move such aliens in furtherance of such violation of law within the United States by means of a motor vehicle, for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: _____
HOWARD ROSE
SPECIAL ASSISTANT UNITED STATES ATTORNEY