AO 257
(USAO REV. 6/99)

Marshal's Office/Clerk's Office  05-291  PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)
**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

Name and Office of Person Furnishing Information on THIS FORM: CHUCK ROSENBERG, USA
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): HOWARD E. ROSE, SAUSA

**DEFENDANT – U.S. vs.**

GERARDO VASQUEZ

Address:

Birth Date: [redacted]

☒ Male  ☐ Female  ☒ Alien (if applicable)

Social Security Number:

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under
MAG. JUDGE CASE NO.

Place of offense: Southern District of Texas
☐ Petty  ☐ Minor  ☐ Misdemeanor  ☒ Felony

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

United States Courts
Southern District of Texas
FILED
JUL 1 3 2005
Michael N. Milby, Clerk of Court

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction  ☒ Fed'l  ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution: ICE Custody

Has detainer been filed?  ☐ Yes  ☐ No  If "Yes" give date filed

DATE OF ARREST ▶

Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▷

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

Ct. 1: Unlawfully Transporting Aliens [8 USC § 1324(a)(1)(A)(ii)]

**PENALTY:** Ct. 1: 10 years and/or $250,000; 3 years SRT; $100 SA

Bench Warrant - Detention

This form was electronically produced by Elite Federal Forms, Inc. - mod HI (11/00)