USA-74-24b
(Rev. 05/01)

| HOUSTON DIVISION | CRIMINAL DOCKET | NO. _05-291_ |

USAO Number 2005R13072
Magistrate Number

CRIMINAL INDICTMENT     Filed: _7/13/05_     Judge: _Gilmore_

ATTORNEYS:
CHUCK ROSENBERG, USA        (713) 567-9000
HOWARD E. ROSE, SAUSA       (713) 567-9360

UNITED STATES of AMERICA

VS.

GERARDO VASQUEZ

|  | Appt'd | Private |

**CHARGE:** Ct. 1: Unlawfully Transporting Aliens [8 USC § 1324(a)(1)(A)(ii)]
(TOTAL)
(COUNTS:)
( 1 )

**PENALTY:** Ct. 1: 10 years and/or $250,000; 3 years SRT; $100 SA

☒ In Jail: ICE Custody
☐ On Bond:
☐ No Arrest:

NAME & ADDRESS
of Surety:

## PROCEEDINGS: